JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MA BIHN THANH, | ) | CASE NO. SA CV 08-127-CAS (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| M. EVANS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 6, 2009.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\SA08CV00127CAS-J.wpd